COOLEY LLP
MARK F. LAMBERT (197410) (mlambert@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Stephen S. Rabinowitz
(srabinowitz@friedfrank.com)
Randy Eisenmith (*pro hac vice* pending)
(randy.eisensmith@friedfrank.com)
Naz E. Wehrli (*pro hac vice* pending)
(naz.wehrli@friedfrank.com)
One New York Plaza
New York, New York 10004
Telephone:     (212) 859-8000
Facsimile:      (212) 859-4000

Attorneys for Plaintiff
Roche Molecular Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roche Molecular Systems, Inc.,<br><br>                   Plaintiff,<br><br>          v.<br><br>Cepheid,<br><br>                   Defendant. | Case No.<br><br>**PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Roche Molecular Systems, Inc. discloses that it is a wholly-owned subsidiary of Roche Holdings, Inc. and an indirect subsidiary of Roche Holding Ltd.  Novartis AG, a publicly held company, owns more than 10% of the voting shares of Roche Holding Ltd.

**CERTIFICATION OF INTERESTED**
**ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Civil L.R. 3-15, Roche Molecular Systems, Inc. identifies the following parties that may have a financial or other kind of interest in the subject matter in controversy:

1. Roche Holding Ltd
2. F. Hoffmann-La Roche Ltd
3. Roche Holdings, Inc.
4. Hoffmann-La Roche Inc.
5. Roche Molecular Systems, Inc.
6. Novartis AG, a publicly-held company, owns more than 10% of the voting shares of Roche Holding Ltd. Novartis AG has no representation on Roche Holding Ltd's board of directors and does not in any way control Roche Holding Ltd or any of its subsidiaries.

Dated: July 16, 2014

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: */s/* Stephen S. Rabinowitz
STEPHEN S. RABINOWITZ

Attorneys for Plaintiff
ROCHE MOLECULAR SYSTEMS, INC.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

9516268.2