| | |
|---|---|
| 1 | COOLEY LLP |
| | Mark F. Lambert (197410) |
| 2 | (mlambert@cooley.com) |
| | Five Palo Alto Square |
| 3 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2155 |
| 4 | Telephone: (650) 843-5000 |
| | Facsimile: (650) 849-7400 |
| 5 | |
| | FRIED, FRANK, HARRIS, SHRIVER & |
| 6 | JACOBSON LLP |
| | Stephen S. Rabinowitz |
| 7 | (srabinowitz@friedfrank.com) |
| | Randy Eisensmith (*pro hac vice* pending) |
| 8 | (randy.eisensmith@friedfrank.com) |
| | Naz E. Wehrli (*pro hac vice* pending) |
| 9 | (naz.wehrli@friedfrank.com) |
| | One New York Plaza |
| 10 | New York, New York 10004 |
| | Telephone: (212) 859-8000 |
| 11 | Facsimile: (212) 859-4000 |
| 12 | Attorneys for Plaintiff |
| | ROCHE MOLECULAR SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROCHE MOLECULAR SYSTEMS, INC., | | Case No.  3:14-cv-03228-EDL |
| | Plaintiff, | |
| | | **NOTICE OF APPEARANCE OF COUNSEL** |
| | v. | |
| CEPHEID, | | |
| | | Filed:   July 16, 2014 |
| | Defendant. | Judge:  Elizabeth D. Laporte |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Notice of Appearance - Mark F. Lambert on Behalf of
Roche Molecular Systems, Inc.
3:14-cv-03228-EDL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mark F. Lambert of Cooley LLP, 5 Palo Alto Square, 3000 El Camino Real, Palo Alto, California, 94306, email: mlambert@cooley.com, telephone number: (650) 843-5000 and facsimile number: (650) 849-7400, hereby enters his appearance as counsel of record on behalf of Plaintiff, Roche Molecular Systems, Inc.

Dated: July 17, 2014                    COOLEY LLP

                                        /s/Mark F. Lambert
                                        Mark F. Lambert (197410)

                                        Attorneys for Plaintiff
                                        ROCHE MOLECULAR SYSTEMS, INC.

108976805

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

Notice of Appearance - Mark F. Lambert on Behalf of
Roche Molecular Systems, Inc.
3:14-cv-03228-EDL