Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Roche Molecular Systems, Inc.,

           Plaintiff(s),

   v.

Cepheid

           Defendant(s).

Case No: 3:14-cv-03228-EDL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Randy C. Eisensmith, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Roche Molecular Systems, Inc. in the above-entitled action. My local co-counsel in this case is Mark F. Lambert, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza, New York, NY 10004 | Cooley LLP - Five Palo Alto Square,<br>3000 El Camino Real, Palo Alto, CA 94306 |
| MY TELEPHONE # OF RECORD:<br>(212) 859-8290 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 843-5000 |
| MY EMAIL ADDRESS OF RECORD:<br>randy.eisensmith@friedfrank.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mlambert@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4410239.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/17/14

                                                */s/ Eisensmith*
                                                APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Randy C. Eisensmith is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 22, 2014

                                      *Elijah D. Laporte*
                              UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE