| Attorney or Party without Attorney:<br>COOLEY LLP<br>3175 HANOVER STREET<br>PALO ALTO, CA 94304<br>Telephone No: 650-843-5000 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: ROCHE MOLECULAR SYSTEMS, INC. | | |
| Defendant: CEPHEID | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 14-03228 EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER ON CONFIDENTIAL AND SEALED DOCUMENTS MAGISTRATE JUDGE ELIZABETH D. LAPORTE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISRTICT OF CALIFORNIA; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served: CEPHEID
   b. Person served: TONI JACKSON, SENIOR PARALEGAL

4. Address where the party was served: 1327 CHESAPEAKE TERRACE
   SUNNYVALE, CA 94089

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Jul. 23, 2014 (2) at: 10:41AM

7. Person Who Served Papers:
   a. Ellenor Rios

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:

   First Legal
   1138 Howard Street
   San Francisco, CA 94103
   Telephone    (415) 626-3111
   Fax          (415) 626-1331
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 984
      (iii) County: Santa Clara
      (iv) Expiration Date: Tue, Oct. 13, 2015

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jul. 24, 2014

   (Ellenor Rios)
   8018138  .cooley.633321

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE