1    Erik R. Puknys (SBN: 190926)
     Erik.Puknys@finnegan.com
2    M. Paul Barker (SBN: 243986)
     Paul.Barker@finnegan.com
3    FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, LLP
4    3300 Hillview Avenue
     Palo Alto, California  94304
5    Telephone:     (650) 849-6600
     Facsimile:     (650) 849-6666
6
     Wesley E. Overson (SBN: 154737)
7    woverson@mofo.com
     Grant L. Kim (SBN: 114989)
8    gkim@mofo.com
     MORRISON & FOERSTER LLP
9    425 Market Street
     San Francisco, California  94105-2482
10   Telephone: 415.268.7000
     Facsimile: 415.268.7522
11
12   Attorneys for Defendant
     Cepheid
13
14
                       UNITED STATES DISTRICT COURT
15
                     NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN FRANCISCO DIVISION
17
18
     ROCHE MOLECULAR SYSTEMS, INC.          CASE NO. 3:14-cv-03228-EDL
19
                        Plaintiff,           **STIPULATION AND [PROPOSED]
20                                           ORDER RE: EXTENSION OF
                 v.                          DEADLINE FOR DEFENDANT
21                                           CEPHEID TO ANSWER OR
     CEPHEID                                 OTHERWISE RESPOND TO
22                                           COMPLAINT**
                        Defendants.
23
                                             Hon. Magistrate Judge Elizabeth D. Laporte
24
25
26
27
28
                                             STIPULATION AND ORDER TO EXTEND TIME TO
                                             ANSWER OR RESPOND TO COMPLAINT
                                             Case No. 3:14-cv-03228-EDL

1    Pursuant to Civil Local Rule 6-1 and Rule 12(a)(1)(A) of the Federal Rules of Civil

2  Procedure (FRCP), this Stipulation and [Proposed] Order is entered into by and between Defendant

3  Cepheid and Plaintiff Roche Molecular Systems, Inc. ("Roche") by and through their respective

4  counsel.

5    WHEREAS Roche filed its initial Complaint on July 16, 2014;

6    WHEREAS Roche served the summons on July 28, 2014;

7    WHEREAS counsel for Cepheid and counsel for Roche have now agreed to an extension of

8  time for Cepheid to answer or otherwise respond to the Complaint to and including September 17,

9  2014; and

10    WHEREAS this stipulation will not alter the date of any event or any deadline already fixed

11  by Court order and is therefore in accordance with Civil Local Rule 6-1(a);

12    NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

13    The deadline for Cepheid to answer or otherwise respond to the Complaint is extended to and

14  including September 17, 2014.

15    IT IS SO STIPULATED.

16

17  Dated: August 8, 2014          FINNEGAN, HENDERSON, FARABOW,
                                      GARRETT & DUNNER, LLP
18

19

20                                  By:___/s/ *Erik R. Puknys*_____
                                       Erik R. Puknys
21                                     Attorneys for Defendant Cepheid

22  Dated: August 8, 2014          FRIED FRANK HARRIS SHRIVER &
                                      JACOBSON, LLP
23

24

25                                  By:___*/s/ Stephen S. Rabinowitz*_____
                                       Stephen S. Rabinowitz
26                                     Attorneys for Plaintiff
                                       Roche Molecular Systems, Inc.
27

28

1                          STIPULATION AND ORDER TO EXTEND TIME TO
                           ANSWER OR RESPOND TO COMPLAINT
                           Case No. 3:14-cv-03228-EDL

**ATTESTATION OF E-FILED SIGNATURE**

1

2      I, Erik R. Puknys, am the ECF user whose ID and password are being used to file this

3  Stipulation and [Proposed] Order re: Extension of Deadline for Defendant Cepheid to Answer or

4  Otherwise Respond to the Complaint.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that

5  Stephen Solomon Rabinowitz has concurred in this filing.

6
                                    By:  */s/ Erik R. Puknys*
7                                        Erik R. Puknys
                                         Attorneys for Defendant Cepheid
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

3        Pursuant to the stipulation of the parties and good cause appearing therefore:

4        The deadline for Cepheid to answer or otherwise respond to the Complaint is extended to and

5    including September 17, 2014

6        IT IS SO ORDERED.

7

Dated:  August __, 2014                              _____

8                                                    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND TIME TO
ANSWER OR RESPOND TO COMPLAINT
Case No. 3:14-cv-03228-EDL