| Attorney or Party without Attorney: <br> MARK F. LAMBERT (SBN 197410) <br> COOLEY LLP <br> 3175 HANOVER STREET <br> PALO ALTO, CA 94304 <br> Telephone No: 650-843-5000 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: <br> 317556-203 | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | | | |
| Plaintiff: ROCHE MOLECULAR SYSTEMS, INC. | | | | |
| Defendant: CEPHEID | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:14-cv-03228-EDL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIAL; (BLANK) CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served: CEPHEID - VINCENT M. POWERS, AGENT FOR SERVICE

4. Address where the party was served: 1327 CHESAPEAK TERRACE SUNNYVALE, CA 94089

5. I served the party:
   b. **by substituted service.** On: Mon., Jul. 28, 2014 at: 3:48PM by leaving the copies with or in the presence of: TONI JACKSON, PARALEGAL
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: CEPHEID
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:* Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ellenor Rios
   d. *The Fee for Service was:*
   
   1138 Howard Street
   San Francisco, CA 94103
   Telephone   (415) 626-3111
   Fax         (415) 626-1331
   www.firstlegalnetwork.com
   
   e. I am: (3) registered California process server
   (i)   Independent Contractor
   (ii)  *Registration No.:*   984
   (iii) *County:*              Santa Clara
   (iv)  *Expiration Date:*    Tue, Oct. 13, 2015

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jul. 29, 2014

   (Ellenor Rios)

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007
   
   PROOF OF SERVICE
   SUMMONS IN A CIVIL
   
   8018382   .cooley.634210

| Attorney or Party without Attorney:<br>MARK F. LAMBERT (SBN 197410)<br>COOLEY LLP<br>3175 HANOVER STREET<br>PALO ALTO, CA 94304 | | For Court Use Only |
|---|---|---|
| Telephone No: 650-843-5000    FAX No: | | |
| Attorney for: Plaintiff | Ref. No or File No.:<br>317556-203 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: ROCHE MOLECULAR SYSTEMS, INC. | | |
| Defendant: CEPHEID | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:14-cv-03228-EDL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIAL; (BLANK) CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Tue., Jul. 29, 2014
   b. Place of Mailing: SAN FRANCISCO, CA 94103
   c. Addressed as follows: CEPHEID -
   VINCENT M. POWERS, AGENT FOR SERVICE
   1327 CHESAPEAK TERRACE
   SUNNYVALE, CA 94089

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jul. 29, 2014 in the ordinary course of business.

5. Person Serving:
   a. Aaron Daniel, C.C.P.S.
   b. FIRST LEGAL
   1138 HOWARD STREET
   SAN FRANCISCO, CA 94103
   c.

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2012-0001059
      (iii) County: San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
Date: Tue, Jul. 29, 2014

(Aaron Daniel, C.C.P.S.)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

8018382  .cooley.634210