| | |
|---|---|
| 1 | COOLEY LLP |
|   | Mark F. Lambert (197410) |
| 2 | (mlambert@cooley.com) |
|   | Five Palo Alto Square |
| 3 | 3000 El Camino Real |
|   | Palo Alto, CA 94306-2155 |
| 4 | Telephone: (650) 843-5000 |
|   | Facsimile: (650) 849-7400 |
| 5 | |
|   | FRIED, FRANK, HARRIS, SHRIVER & |
| 6 | JACOBSON LLP |
|   | Stephen S. Rabinowitz |
| 7 | (srabinowitz@friedfrank.com) |
|   | Randy Eisensmith (*pro hac vice*) |
| 8 | (randy.eisensmith@friedfrank.com) |
|   | Naz E. Wehrli (*pro hac vice*) |
| 9 | (naz.wehrli@friedfrank.com) |
|   | One New York Plaza |
| 10 | New York, New York 10004 |
|   | Telephone: (212) 859-8000 |
| 11 | Facsimile: (212) 859-4000 |
| 12 | Attorneys for Plaintiff |
|   | ROCHE MOLECULAR SYSTEMS, INC. |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROCHE MOLECULAR SYSTEMS, INC., | | Case No. 3:14-cv-03228-EDL |
| | Plaintiff, | |
| | | **ROCHE MOLECULAR SYSTEMS, INC.'S CONSENT TO JURISDICTION OF MAGISTRATE JUDGE ELIZABETH D. LAPORTE** |
| | v. | |
| CEPHEID, | | |
| | Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ROCHE MOLECULAR SYSTEMS, INC.'S CONSENT TO
JURISDICTION OF MAGISTRATE JUDGE ELIZABETH D. LAPORTE
3:14-cv-03228-EDL

1  In accordance with the provisions of 28 U.S.C. § 636(c), Roche Molecular Systems, Inc.
2  voluntarily consents to have United States Magistrate Judge Elizabeth D. Laporte conduct all
3  further proceedings in this case, including trial and entry of final judgment. Roche Molecular
4  Systems, Inc. understands that appeal from the judgment shall be taken directly to the United
5  States Court of Appeals having appellate jurisdiction of this action.

6  Dated: August 11, 2014                COOLEY LLP

8                                         /s/Mark F. Lambert
                                          Mark F. Lambert (197410)
9
                                          Attorneys for Plaintiff
10                                        ROCHE MOLECULAR SYSTEMS, INC.

11  109632008

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

ROCHE MOLECULAR SYSTEMS, INC.'S CONSENT TO
JURISDICTION OF MAGISTRATE JUDGE ELIZABETH D. LAPORTE
3:14-cv-03228-EDL