Erik R. Puknys (SBN: 190926)
Erik.Puknys@finnegan.com
M. Paul Barker (SBN: 243986)
Paul.Barker@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Wesley E. Overson (SBN: 154737)
woverson@mofo.com
Grant L. Kim (SBN: 114989)
gkim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
Cepheid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>CEPHEID<br><br>          Defendants. | CASE NO. 3:14-cv-03228-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF DEADLINE FOR DEFENDANT CEPHEID TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Hon. Magistrate Judge Elizabeth D. Laporte |

Pursuant to Civil Local Rule 6-1 and Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure (FRCP), this Stipulation and [Proposed] Order is entered into by and between Defendant Cepheid and Plaintiff Roche Molecular Systems, Inc. ("Roche") by and through their respective counsel.

WHEREAS Roche filed its initial Complaint on July 16, 2014;

WHEREAS Roche served the summons on July 28, 2014;

WHEREAS counsel for Cepheid and counsel for Roche have now agreed to an extension of time for Cepheid to answer or otherwise respond to the Complaint to and including September 17, 2014; and

WHEREAS this stipulation will not alter the date of any event or any deadline already fixed by Court order and is therefore in accordance with Civil Local Rule 6-1(a);

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

The deadline for Cepheid to answer or otherwise respond to the Complaint is extended to and including September 17, 2014.

IT IS SO STIPULATED.

Dated: August 8, 2014        FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, LLP


                             By:     /s/ *Erik R. Puknys*
                                 Erik R. Puknys
                                 Attorneys for Defendant Cepheid

Dated: August 8, 2014        FRIED FRANK HARRIS SHRIVER &
                                JACOBSON, LLP


                             By:     */s/ Stephen S. Rabinowitz*
                                 Stephen S. Rabinowitz
                                 Attorneys for Plaintiff
                                 Roche Molecular Systems, Inc.

**ATTESTATION OF E-FILED SIGNATURE**

I, Erik R. Puknys, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order re: Extension of Deadline for Defendant Cepheid to Answer or Otherwise Respond to the Complaint.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Stephen Solomon Rabinowitz has concurred in this filing.

By: */s/ Erik R. Puknys*
Erik R. Puknys
Attorneys for Defendant Cepheid

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore:

The deadline for Cepheid to answer or otherwise respond to the Complaint is extended to and including September 17, 2014

IT IS SO ORDERED.

Dated: August 11, 2014

_____
United States Magistrate Judge