UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROCHE MOLECULAR SYSTEMS, INC.,

         Plaintiff,

   v.

CEPHEID,

         Defendant.

Case No.  14-cv-03228-EDL

**ORDER FOR JOINT STATUS UPDATE**

On January 7, 2015, this Court issued an Order granting Cepheid's Motion to Stay Pending Inter Partes Review of the Patent-In-Suit and required the parties to file a joint status update by no later than June 1, 2015. See Dkt. No. 63. On June 1, 2015, the parties timely filed a Joint Status Update informing the Court that Cepheid's petitions remained pending before the PTAB, with a decision on whether to institute the inter partes review likely to issue by June 16, 2015. The parties stated that they would "submit a further status report to the Court after the PTAB issues its decision. The PTAB's decision on IPR2015-00881 (claim 21), will likely issue no later than September 18, 2015." Dkt. No. 64. The parties did not submit a further status update to the Court in September 2015, or any time thereafter. The parties also did not appear for an ADR phone conference on November 3, 2015. The parties are hereby Ordered to file a Joint Status Update by no later than May 18, 2016 informing the Court of the status of the inter partes review proceedings, their views on whether the stay of case should remain in place, and whether the case should be dismissed for failure to prosecute. The pretrial conference set for September 27, 2016 and the trial date of October 24, 2016 are hereby vacated.

**IT IS SO ORDERED.**

Dated: May 4, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge