Erik R. Puknys (SBN: 190926)
Erik.Puknys@finnegan.com
M. Paul Barker (SBN: 243986)
Paul.Barker@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Wesley E. Overson (SBN: 154737)
WOverson@mofo.com
Grant L. Kim (SBN: 114989)
GKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant and Counterclaimant Cepheid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC.,<br><br>       Plaintiff and<br>       Counterdefendant,<br><br>    v.<br><br>CEPHEID,<br><br>       Defendant and<br>       Counterclaimant. | CASE NO. 3:14-CV-03228-EDL<br><br>**CEPHEID'S NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Cepheid hereby notifies the Court that it is withdrawing the Administrative Motion to File Under Seal ("Administrative Motion") that it submitted on July 19, 2016 (Docket Number ("D.N.") 81).

As Cepheid noted in its Administrative Motion, it sought leave to file under seal references in its Motion for Summary Judgment of Patent Ineligibility (D.N. 81-4), to a document that Plaintiff Roche had submitted under seal. Cepheid explained that it thought there was no need to seal, but filed the motion because Roche declined to agree to disclosure.

Civil Local Rule 79-5 required Roche to file a declaration establishing that the designated material should be sealed within four days of Administrative Motion, or by July 25, 2016. Roche did not file any such declaration. On July 26, 2016, Roche notified Cepheid by email that it agreed that no portion of Cepheid's summary judgment motion need be maintained under seal. A copy of that email is attached to this Notice as Exhibit A.

In view of Roche's notice and failure to file the required declaration, Cepheid requests that the Court deny Cepheid's administrative motion.

Dated: July 29, 2016         By: /s/ *Grant L. Kim*
                                  Grant L. Kim

Erik R. Puknys (SBN: 190926)
Erik.Puknys@finnegan.com
M. Paul Barker (SBN: 243986)
Paul.Barker@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

Wesley E. Overson (SBN: 154737)
WOverson@mofo.com
Grant L. Kim (SBN: 114989)
GKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant and
Counterclaimant Cepheid



IT IS SO ORDERED
Judge Elizabeth D. Laporte
Dated: 8/2/2016

CEPHEID'S NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:14-CV-03228-EDL

1

sf-3678938